IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONNIE O'NEAL BROWN,

    Plaintiff,               No. CIV S-08-1880 EFB P

    vs.

CDC DIRECTOR, et al.,

    Defendants.          ORDER

        Plaintiff is a state prisoner proceeding without counsel and *in forma pauperis* in an action brought under 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent. *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(4).

        On August 21, 2009, the court dismissed plaintiff's amended complaint with leave to amend. The dismissal order explained the complaint's deficiencies, gave plaintiff 30 days to file an amended complaint correcting those deficiencies, and warned plaintiff that failure to file an amended complaint may result in this action being dismissed.

        The 30-day period has expired and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

        Accordingly, this action is DISMISSED without prejudice.

Dated: February 8, 2010.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE